JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES LONDELL MCINTOSH, <br> Petitioner, <br> v. <br> DANNY SAMUEL, WARDEN, <br> Respondent. | Case No. CV 20-5850-AB (KK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 21, 2023

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge